UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>ADRIAN SANCHEZ,<br><br>                    Defendant. | 17-cr-123 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant Adrian Sanchez's pro se motion for a sentence reduction pursuant to 18 U.S.C. § 3582, dated February 6, 2024.  (See dkt. no. 1049.)  The Government shall respond to Mr. Sanchez's motion no later than March 28, 2024.  Mr. Sanchez shall file his reply, if any, no later than April 25, 2024.

    The Clerk of Court shall mail a copy of this Order to Mr. Sanchez.

**SO ORDERED.**

Dated:     February 29, 2024
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1