UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>-against-<br><br>ADRIAN SANCHEZ,<br><br>    Defendant. | 17-cr-123 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The Court reiterates its request (see dkt. 1068) for the Government to supplement its opposition (see dkt. no. 1056) with victim impact statements to aid the Court in its adjudication of Mr. Sanchez's motion for a sentence reduction. Any such statements shall be filed no later than February 10, 2025.

  The Clerk of Court shall mail a copy of this Order to Mr. Sanchez.

**SO ORDERED.**

Dated: January 27, 2025
    New York, New York

            *Loretta A. Preska*
            _____
            LORETTA A. PRESKA
            Senior United States District Judge